UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>                Plaintiff,<br><br>    v.<br><br>EXTREME CONNECTIONS, INC. dba EXTREME CONNECTIONS, et al.,<br><br>                Defendants. | No. 1:17-CV-01215-AWI-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 18) |

On March 6, 2018, the parties filed a Joint Stipulation to dismiss the matter with prejudice.[1] (Doc. 18.) In light of the parties' Stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

---

[1] The parties also requested that the Court "retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994)." (Doc. 18 at 2.) The Court, in its discretion, declines the parties' request. *See Kokkonen*, 511 U.S. at 381; *Camacho v. City of San Luis*, 359 F. App'x 794, 798 (9th Cir. 2009); *cf. California Sportfishing Prot. All. v. Agric. Mgmt. & Prod. Co., Inc.*, No 2:14-cv-02328-KJM-AC, 2016 WL 4796841, at *1 (E.D. Cal. Sept. 14, 2016) (noting that "the court in its discretion typically declines to maintain jurisdiction to enforce the terms of the parties' settlement agreement," but making "an exception: and retaining jurisdiction where the parties "engaged in significant settlement discussions with the assigned magistrate judge prior to ultimately settling according to terms of their Consent Agreement").

Dated: **March 7, 2018**         /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE